IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02180-DDD-TPO

LEE RUNEY,
derivatively on behalf of DMC Global, Inc.,

Plaintiff,

v.

MICHAEL KUTA,
ERIC WALTER,
BRETT SEGER,
RUTH DREESSEN,
MICHAEL KELLY,
JAMES O'LEARY,
SIMON BATES,
OUMA SANANIKONE, and
CLIFTON PETER ROSE,

Defendants,

and

DMC GLOBAL, INC.,

Nominal Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 24, 2025.**

This matter comes before this Court upon its own review of the case record.

This Court notes that this case (25-cv-02180-DDD-TPO) was consolidated with 25-cv-01779-DDD-TPO and that 25-cv-01779-DDD-TPO was made the lead case. ECF 9.

Moreover, the lead case (25-cv-01779-DDD-TPO) was stayed to await ruling on a motion to dismiss filed in a related third case of 24-cv-03387-GPG-CYC. In light of that stay, the Scheduling Conference set in the 25-cv-01779-DDD-TPO case was vacated. ECF 9.

In light of the above development—the case consolidation and the stay of the lead case—this Court likewise vacates the Scheduling Conference set in this case.

The Scheduling Conference set in this case for December 2, 2025 and its related deadlines are **VACATED**.